AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JOSE NETO

**WARRANT FOR ARREST**

CASE NUMBER: 2005 M 0417 RBC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___JOSE NETO___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
(Sep. 24-27, 2004) directly and indirectly corruptly offering and promising something of value to a public official with the intent to influence an official act & to induce such public official to do an act in violation of his lawful duty, in violation of 18 U.S.C. §201(b)(1);
(Dec. 1, 2004) encouraging and inducing an alien to reside in the United States, knowing and in reckless disregard of the fact that such residence was in violation of law; (Dec. 7, 2004) encouraging and inducing an alien to reside in the United States, knowing and in reckless disregard of the fact that such residence was in violation of law; and (Dec. 2004) hiring for employment in the U.S. an alien, knowing the alien was an unauthorized alien with respect to such employment,

in violation of Title ___8___ United States Code, Section(s) ___1324(a)(1)(A)(iv) and 1324a(a)(1)(A)___

ROBERT B. COLLINGS
Name of Issuing Officer

/s/ Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

MAR 11 2005   Boston, Massachusetts
Date and Location

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420
Boston, Massachusetts 02210
Name of Judicial Officer

Bail fixed at $ _____ by _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at SAUGUS, MA  Square One Mall |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3-11-05 | TERESA A. COURTNEY | /s/ |
| DATE OF ARREST | SENIOR SPECIAL AGENT DHS/ICE | |
| 3-15-05 | | |

This form was electronically produced by Elite Federal Forms, Inc.