UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES )<br>)<br>v.    )<br>)<br>JOSE NETO   )<br>) | No. 05 M 0417-RBC |

### EX PARTE REQUEST FOR NECESSARY SERVICES

Defendant hereby moves that this Honorable Court, pursuant to 18 U.S.C. § 3006A (e) (i), approve a disbursement for the services of a translator.

Although the Defendant has retained counsel and two real estate assets, he has no income, no liquid assets, the real estate is encumbered by mortgages, the tenants in the Allston property are all in ICE custody, one tenant in the Everett property is in ICE custody and the government is considering moving for forfeiture of the Allston property. Defendant has been detained pending trial and has no current ability to pay the mortgage on either property. Although defendant speaks some English, a translator is necessary to conduct his defense.

JOSE NETO
By his attorney,

_____
John H. Cunha Jr.
B.B.O. No. 108580
CUNHA & HOLCOMB, P.C.
One State Street, Suite 500
Boston, MA 02109-3507
617-523-4300

Dated: April 1, 2005

H:\Word\Crim\Neto\Motion for translator.wpd